## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KELLY JENKINS,            )

          Plaintiff,        )

v.                               )      No. CIV-24-1175-JD

CACHE PUBLIC SCHOOLS,    )
INDEPENDENT SCHOOL DISTRICT   )
NO. 1,                         )

          Defendant.       )

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

**COMES NOW**, George H. Brown, Dane J. Flesch, and Brittney M. Flesch, of the law firm of Brown & Flesch, PLLC and all counsel employed therein ("**B&F**"), and respectfully prays that B&F be permitted to withdraw from further representation of the Plaintiff, Kelly Jenkins, in the above captioned proceedings. In support of this application, B&F would show as follows:

1.      B&F has represented Plaintiff in the above-captioned matter, including moving (successfully) for an extension of deadlines after many were expired or were approaching [Dkt. 39] and in securing a Third Amended Scheduling Order [Dkt. 40].

2.      Good cause exists for the withdrawal of B&F as there has been a breakdown of communication and in the attorney-client relationship rendering B&F's continued representation of Plaintiff as both ineffective and impractical.

3.      Under such conditions, B&F is ethically precluded from taking any action with respect to this lawsuit and has no choice but to withdraw from such case immediately.

4.    Under the present posture of this case, withdrawal of B&F as counsel for Plaintiff can be accomplished without material adverse effect on the interests of Plaintiff.

5.    Counsel for Defendant has NO OBJECTION to B&F's intent to withdraw as counsel for Plaintiff.

6.    Counsel for Defendant has communicated a need to set Plaintiff's deposition and B&F will assist in such scheduling endeavors allowing Petitioner to secure subsequent counsel and/or continue *pro se*.

7.    Plaintiff's last known contact information is as follows:

Kelly D. Jenkins
21698 SW Coombs Rd.
Cache, OK 73527
(580) 512-6629

8.    The undersigned counsel has advised Plaintiff of all pending deadlines in accordance with the Third Amended Scheduling Order [Dkt. 40], including providing reasonable notice to Plaintiff and delivering all papers and property to which Plaintiff is entitled.

9.    This motion is not filed for purposes of delay.

10.    B&F will comply with all applicable rules regarding withdrawal, including providing reasonable notice to Plaintiff and delivering all papers and property to which Plaintiff is entitled.

**WHEREFORE**, counsel for the Plaintiff, B&F, including George H. Brown, Dane J. Flesch, and Brittney M. Flesch, prays that the Honorable Court permit B&F to immediately withdraw from this case.

**RESPECTFULLY SUBMITTED THIS 6th DAY OF APRIL, 2026.**

/s/ Dane J. Flesch
George H. Brown, OBA #18020
Dane J. Flesch, OBA #31841
Brittney M. Flesch, OBA #34653
**BROWN & FLESCH, PLLC**
136 NW 10th St., Ste. 201
Oklahoma City, OK 73103
Tele: (405) 548-1970
Fax: (405) 548-1986
Email: george@brownfleschlaw.com
dane@brownfleschlaw.com
brittney@brownfleschlaw.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Electronic Case Filing system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System:

Justin C. Cliburn, OBA #32223
F. Andrew Fugitt, OBA #10302
The Center for Education Law, P.C.
900 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile: (405) 528-5800
Email: jcliburn@cfel.com
        afugitt@cfel.com
**Attorneys for Defendant**

/s/ Dane J. Flesch
Dane J. Flesch