Kelly Jenkins
21698 S.W. Coombs Rd.
Cache, Ok. 73527
Ph: (580)512-6628
Email: kellyjenkins14@gmail.com

April 6, 2026

Dane J. Flesch, Esq.
Brown & Flesch, PLLC
136 NW 10th Street
Oklahoma City, OK 73102
Telephone: 405-548-1970
Email: dane@brownfleschlaw.com

Re: Termination of Legal Representation
Case No.: CASE NO. CIV-24-1175-JD

Dane Flesch:

Oklahoma Rules of Professional Conduct Rule 1.16(d) this letter serves as formal notice of my decision to terminate your representation as my legal counsel in the above-referenced matter, effective immediately.

In accordance with the Rules of Professional Conduct, please cease all actions on my behalf including filings, communications, or court appearances. Promptly provide a full and complete case file (electronic/ paper), including all documents, correspondence, discovery, PACER docket and any other materials related to the case to 'new counsel' as soon as new counsel has been determined. Provide plaintiff billing records (no redactions) and account for unused retainer promptly refunding the balance.

I reserve all rights concerning this discharge and intend to seek substitute counsel without delay.

Thank you for your cooperation in facilitating a smooth and timely transition.


Regards

*Kelly Jenkins*

Kelly Jenkins